United States District Court

Eastern District of California

| | | |
|---|---|---|
| Willie R. Beasley, | | |
| | Petitioner, | No. Civ. S 05-2566 MCE PAN P |
| vs. | | Order |
| Claude E. Finn, et al., | | |
| | Respondents. | |

-oOo-

December 19, 2005, petitioner filed a paper styled "supplement to petition for a writ of habeas corpus" challenging the same judgment and making the same claims as the amended petition he filed in Beasley v. Finn, No. Civ. S 03-2566 DFL PAN P.

I find petitioner means to supplement the amended petition in Beasley v. Finn, No. Civ. S 03-2566 DFL PAN P.

The Clerk of the Court therefore is directed to place the pleading from this case in the file Beasley v. Finn, No.

1  Civ. S 03-2566 DFL PAN P, to close this case and to return
2  petitioner's filing fee.
3  　　　So ordered.
4  　　　Dated:  January 24, 2006.

　　　　　　　　　　　　　　　　　　　／s／ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　Magistrate Judge